```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKA SAAD,

                Plaintiff,

        v.

SYNCHRONY FINANCIAL and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

                Defendants.

No. 20-CV-10586 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The joint stipulation of dismissal as to Defendant Synchrony Bank, *see* Dkt. 13, is captioned as a "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE," but the text of the stipulation states that the action "shall be dismissed without prejudice." The parties are directed to re-file the stipulation to clarify this inconsistency.

SO ORDERED.

Dated:    February 2, 2021
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge